UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2025 ★

LONG ISLAND OFFICE

Steven Joyner

Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES ✓   NO ___

-against-

**25-cv-02826-PKC-JAM**

Eric Cruz Badge
#1640, and John Doe
also other NY
City of New York
New York City Police Dep'T
New York City Dep'T of Corrections

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff ___Steven Joyner___

If you are incarcerated, provide the name of the facility and address:

_____
_____
_____

Prisoner ID Number: _____

RECEIVED
MAY 12 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
MAY 12 '25 PM 12:30

1

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: 1640 # Eric Cruz

Job Title: Police officer

Address: 84 Precinct 301 Gold Street, Brooklyn, NY

Defendant No. 2

Full Name: _____

Job Title: _____

Address: _____

Defendant No. 3

Full Name: _____

Job Title: _____

2

Address _____

Defendant No. 4

Full Name _____

Job Title _____

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? 522 Fulton Street

When did the events happen? (include approximate time and date) 08-10-24 10 Am to 1pm

3

Facts: (what happened?) The Officer (Cruz) responded "you can not afford medical attention, your homeless." He also stated "you going to jail today you are a Hobo" (Someone who is homeless & less fortunate-poor), Then i said to the officer Please my arm is unable to move i feel imobilize at the shoulder throughout my arm. Please take me to the emergency room. The officer then responded "Hell no you fucking Hobo, your a liability to society, your a waste of life scumbag, that you dont deserve to recieve emergency medical attention." During the arrest I was Sexually Expose and Hum

II.A.    Injuries.    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Dislocated shoulder west facility for therapy.

4

Facts: (what happened?) At approximatly 10am towards 1PM Eric Cruz Badge #1640, John Doe and other Officers, unprovokely deliberatly, Attacked me, assaulted and arrested me without Probable Cause, leading to me (Plaintiff) incurring severe Permanent Physical injuries. Suffering a dislocated micro-fractured Shoulder, from their us of excessive unwarrented (use of force). With this Show of Strength & misuse of Power by a Public Servant, I was then "denied" Medical, Clinical, Emergency attention. Officers (Eric Cruz) and Coworkers, other Officers knowingly refused me the proper required medical attention. Knowing i (Plaintiff) was in extreme Shoulder Pain. After yelling and alerting them multiple times i (Plaintiff) was in Excruciating Pain. Reminding the officers constantly i (Plaintiff) cannot move arm, Please take me to the emergency Room.

**II.A.  Injuries.**  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Dislocated Shoulder west Facility for therapy.

4

_____

_____

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

__2,000,000 Lump Sum_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that on _____, I delivered this
                                                  (date)
complaint to prison authorities at _____to be mailed to the United
                                        (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____          _____
                           Signature of Plaintiff


                           _____
                           Name of Prison Facility or Address if not incarcerated

                           _____

                           _____
                           Address

                           _____
                           Prisoner ID#

rev. 12/1/2015

5

Steven Jayne 1412402942 13B GrvC
09-09 Hazen St East
Elmhurst, 11370

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 12 2025 ★
LONG ISLAND OFFICE

100 Federal Plaza, Central
Islip, NY 11722